**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| In re: | | |
| Goldstein, Michelle Yvonne | § | Case No. 6:19-bk-00803-KSJ |
| Leon, Yoani | § | Chapter 7 |
| | § | |
| Debtors. | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Lori Patton, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $274,328.06 | Assets Exempt: | $30,397.06 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,520.02 | Claims Discharged Without Payment: | $321,881.21 |
| Total Expenses of Administration: | $1,179.98 | | |

3) Total gross receipts of $2,700.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,700.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $279,604.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,179.98 | $1,179.98 | $1,179.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $1,297.41 | $1,320.41 | $1,520.02 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $299,331.55 | $104,200.73 | $104,200.73 | $0.00 |
| **TOTAL DISBURSEMENTS** | $578,935.55 | $106,678.12 | $106,701.12 | $2,700.00 |

4) This case was originally filed under chapter 7 on 02/05/2019. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2019

By: /s/ Lori Patton
       Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Original Oil/Canvas (framed) Artist: Guttman Value based on 2012 Retail Replacement Value certification and authenticati | 1129-000 | $1,900.00 |
| Serigraph Artwork (framed) Artist: Schluss Edition: 288/350 Value based on 2012 Retail Replacement Value certification a | 1129-000 | $300.00 |
| Serigraph Artwork (framed) Artist: Tarkey Edition: 347/350 Value based on 2012 Retail Replacement Value certification an | 1129-000 | $500.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,700.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Dovenmuehle/rp Funding | 4110-000 | $206,906.00 | NA | NA | NA |
| N/F | Florida Central Credit | 4110-000 | $41,470.00 | NA | NA | NA |
| N/F | Mallard Pond HOA | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Space Coast Credit Union | 4110-000 | $31,228.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$279,604.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Lori Patton | 2100-000 | NA | $675.00 | $675.00 | $675.00 |
| Trustee, Expenses - Lori Patton | 2200-000 | NA | $114.00 | $114.00 | $114.00 |
| Auctioneer Fees - Robert H. Ewald | 3610-000 | NA | $270.00 | $270.00 | $270.00 |
| Auctioneer Expenses - Robert H. Ewald | 3620-000 | NA | $120.98 | $120.98 | $120.98 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,179.98** | **$1,179.98** | **$1,179.98** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P-2 | Internal Revenue Service | 5800-000 | NA | $1,297.41 | $1,320.41 | $1,520.02 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$1,297.41** | **$1,320.41** | **$1,520.02** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Osceola Regional Medical Center Resurgent Capital Services | 7100-000 | $100.00 | $100.00 | $100.00 | $0.00 |
| 2 | MERRICK BANK Resurgent Capital Services | 7100-000 | $12,470.00 | $12,469.56 | $12,469.56 | $0.00 |
| 3 | Cavalry SPV I, LLC | 7100-000 | $4,051.14 | $4,051.14 | $4,051.14 | $0.00 |
| 4U | Internal Revenue Service | 7100-000 | NA | $23.00 | $23.00 | $0.00 |
| 5 | Capital One Bank (USA), N.A. by American InfoSource as agent | 7100-000 | $4,125.00 | $4,299.19 | $4,299.19 | $0.00 |
| 6 | SYNCHRONY BANK c/o Weinstein & Riley, PS | 7100-000 | $2,062.61 | $1,887.90 | $1,887.90 | $0.00 |
| 7 | Bank of America, N.A. | 7100-000 | $1,590.00 | $1,764.51 | $1,764.51 | $0.00 |
| 8 | Bank of America, N.A. | 7100-000 | $10,889.00 | $11,355.12 | $11,355.12 | $0.00 |
| 9 | Navient Solutions, LLC. on behalf of Department of Education Loan Services | 7100-000 | NA | $20,675.73 | $20,675.73 | $0.00 |
| 10 | FreedomRoad Financial c/o Wayfinder BK, LLC | 7100-000 | $3,834.32 | $3,834.32 | $3,834.32 | $0.00 |
| 11 | Quantum3 Group LLC as agent for Velocity Investments LLC | 7100-000 | $5,654.00 | $5,727.39 | $5,727.39 | $0.00 |
| 12 | American Express National Bank c/o Becket and Lee LLP | 7100-000 | $14,499.00 | $14,499.37 | $14,499.37 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | American Express National Bank c/o Becket and Lee LLP | 7100-000 | $4,573.00 | $4,772.07 | $4,772.07 | $0.00 |
| 14 | St. Cloud Regional Medical Center c/o PASI | 7100-000 | $200.00 | $200.00 | $200.00 | $0.00 |
| 15 | PYOD, LLC Resurgent Capital Services | 7100-000 | $5,650.00 | $6,101.27 | $6,101.27 | $0.00 |
| 16 | Citibank, N.A. | 7100-000 | $7,350.00 | $7,582.25 | $7,582.25 | $0.00 |
| 17 | Citibank, N.A. | 7100-000 | $1,720.00 | $1,855.51 | $1,855.51 | $0.00 |
| 18 | Portfolio Recovery Associates, LLC | 7100-000 | $983.00 | $1,025.87 | $1,025.87 | $0.00 |
| 19 | Portfolio Recovery Associates, LLC | 7100-000 | $1,900.00 | $1,976.53 | $1,976.53 | $0.00 |
| N/F | ARStrat | 7100-000 | $100.00 | NA | NA | NA |
| N/F | AT&T Universal Citi Card | 7100-000 | $14,513.00 | NA | NA | NA |
| N/F | Allied Interstate LLC | 7100-000 | $6,250.00 | NA | NA | NA |
| N/F | Allied Interstate LLC | 7100-000 | $7,069.00 | NA | NA | NA |
| N/F | American Coradius Internat'l | 7100-000 | $3,860.00 | NA | NA | NA |
| N/F | Balanced Healthcare Rec | 7100-000 | $430.00 | NA | NA | NA |
| N/F | Capital Management Services | 7100-000 | $11,356.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $10,780.00 | NA | NA | NA |
| N/F | Cardmember Service | 7100-000 | $1,976.00 | NA | NA | NA |
| N/F | Citicards | 7100-000 | $3,937.00 | NA | NA | NA |
| N/F | Client Services | 7100-000 | $6,105.00 | NA | NA | NA |
| N/F | Client Services | 7100-000 | $7,463.62 | NA | NA | NA |
| N/F | Dept of Ed / Navient | 7100-000 | $4,360.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Dept of Ed / Navient | 7100-000 | $2,966.00 | NA | NA | NA |
| N/F | Dept of Ed / Navient | 7100-000 | $2,056.00 | NA | NA | NA |
| N/F | Dept of Ed / Navient | 7100-000 | $1,482.00 | NA | NA | NA |
| N/F | Dept of Ed / Navient | 7100-000 | $9,249.00 | NA | NA | NA |
| N/F | EGS Financial Care, Inc. | 7100-000 | $625.00 | NA | NA | NA |
| N/F | EGS Financial Care, Inc. | 7100-000 | $5,584.00 | NA | NA | NA |
| N/F | Firstsource | 7100-000 | $4,575.00 | NA | NA | NA |
| N/F | Florida Hospital Celebration | 7100-000 | $0.00 | NA | NA | NA |
| N/F | GC Services Lmtd Partnership | 7100-000 | $14,515.00 | NA | NA | NA |
| N/F | Grow Financial FCU | 7100-000 | $16,950.00 | NA | NA | NA |
| N/F | McCarthy Burgess & Wolfe | 7100-000 | $50.00 | NA | NA | NA |
| N/F | Midland Funding | 7100-000 | $11,126.00 | NA | NA | NA |
| N/F | NPAS | 7100-000 | $100.00 | NA | NA | NA |
| N/F | Nationwide Bank | 7100-000 | $12,469.00 | NA | NA | NA |
| N/F | Nationwide Credit, Inc. | 7100-000 | $14,500.00 | NA | NA | NA |
| N/F | Nationwide Recovery | 7100-000 | $3,835.00 | NA | NA | NA |
| N/F | Navrent | 7100-000 | $13,890.00 | NA | NA | NA |
| N/F | Paypal Credit | 7100-000 | $3,439.46 | NA | NA | NA |
| N/F | Professional Account Service | 7100-000 | $200.00 | NA | NA | NA |
| N/F | Radius Global Solutions LLC | 7100-000 | $1,810.00 | NA | NA | NA |
| N/F | SIMM Associates Inc. | 7100-000 | $2,325.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Syncb/doc Optical | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Synchrony Bank/Amazon | 7100-000 | $4,486.00 | NA | NA | NA |
| N/F | Synchrony Bank/Care Credit | 7100-000 | $7,068.00 | NA | NA | NA |
| N/F | Velocity Investments, LLC | 7100-000 | $5,728.00 | NA | NA | NA |
| N/F | Western Alliance Bank | 7100-000 | $452.40 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$299,331.55** | **$104,200.73** | **$104,200.73** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 6:19-bk-00803-KSJ  
**Case Name:** Goldstein, Michelle Yvonne  
Leon, Yoani  

**For Period Ending:** 10/14/2019  

**Trustee Name:** (291020) Lori Patton  
**Date Filed (f) or Converted (c):** 02/05/2019 (f)  
**§ 341(a) Meeting Date:** 03/13/2019  
**Claims Bar Date:** 06/17/2019  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3411 Perching Road, Saint Cloud, FL 34772-000 0, Osceola County<br>Single-family home. Entire property value: $236,000.00 | 236,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 2016 Hyundai Veloster, 36,000 miles<br>Value based on NADA Clean Trade-In. Entire property value: $13,275.00 | 13,275.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2017 Mazda MX-5 Mlata RF, 23,550 miles<br>Value based on NADA Clean Trade-In. Entire property value: $23,550.00 | 23,550.00 | 0.00 | OA | 0.00 | FA |
| 4 | Used household goods and furnishings: living room set, dining set, two bedroom sets, desk. All furniture has damage from dogs. | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Used electronics: 2 TVs (over 3 yrs old), laptop computer | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Serigraph Artwork (framed) Artist: Tarkey Edition: 347/350 Value based on 2012 Retail Replacement Value certification and authentication provided by Wentworth Gallery. Previous attempts to sell were unsuccessful. | 5,995.00 | 5,995.00 | | 500.00 | FA |
| 7 | Serigraph Artwork (framed) Artist: Schluss Edition: 288/350 Value based on 2012 Retail Replacement Value certification and authentication provided by Wentworth Gallery. Previous attempts to sell were unsuccessful. Plexiglass damaged. Frame and artwork appear to be in good condition. | 3,250.00 | 3,250.00 | | 300.00 | FA |
| 8 | Original Oil/Canvas (framed) Artist: Guttman Value based on 2012 Retail Replacement Value certification and authentication provided by Wentworth Gallery. Previous attempts to sell were unsuccessful. | 6,500.00 | 6,500.00 | | 1,900.00 | FA |
| 9 | Used clothing | 200.00 | 200.00 | | 0.00 | FA |
| 10 | Wedding bands, pandora ring, necklace | 350.00 | 0.00 | | 0.00 | FA |
| 11 | Pet dogs: 2 English bulldogs, 1 French bulldog, 1 mixed breed. All animals have health issues. | 40.00 | 0.00 | | 0.00 | FA |
| 12 | Cash | 10.00 | 0.00 | | 0.00 | FA |
| 13 | Checking: BB&T | 57.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

Case No.:   6:19-bk-00803-KSJ  
Case Name:  Goldstein, Michelle Yvonne  
              Leon, Yoani

For Period Ending:   10/14/2019

Trustee Name:   (291020) Lori Patton  
Date Filed (f) or Converted (c):   02/05/2019 (f)  
§ 341(a) Meeting Date:   03/13/2019  
Claims Bar Date:   06/17/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | International Pension Planning, Inc. Business is not publicly traded. Value based on annual distribution for 2018., i% ownership | 96.06 | 0.00 | | 0.00 | FA |
| 15 | Michelle Y. Goldstein Revocable Trust (no current trust assets) established in 1995. Trust is listed as beneficiary of life insurance policy. No other assets. | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Term Life Insurance with Hartford Life (no cash value): Michelle Y. Goldstein Revocable Trust | 0.00 | 0.00 | | 0.00 | FA |
| **16** | **Assets Totals (Excluding unknown values)** | **$290,073.06** | **$15,945.00** | | **$2,700.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Auction artwork 4/6/19 @ 10am  
    3/14/19 - NIS filed (Doc # 11)

**Initial Projected Date Of Final Report (TFR):**   07/31/2019      **Current Projected Date Of Final Report (TFR):**   06/19/2019 (Actual)

| | |
|---|---|
| 10/14/2019 | /s/Lori Patton |
| Date | Lori Patton |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

**Exhibit 9**

Page: 1

| **Case No.:** | 6:19-bk-00803-KSJ | **Trustee Name:** | Lori Patton (291020) |
|---|---|---|---|
| **Case Name:** | Goldstein, Michelle Yvonne | **Bank Name:** | Metropolitan Commercial Bank |
| | Leon, Yoani | **Account #:** | ******3032 Checking |
| **Taxpayer ID #:** | **-***9653 | **Blanket Bond (per case limit):** | $21,701,000.00 |
| **For Period Ending:** | 10/14/2019 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/23/19 | | Ewald Auctions Inc | NIS doc 11 filed 3-14-19 | | 2,700.00 | | 2,700.00 |
| | {6} | | auction $500.00 | 1129-000 | | | |
| | {7} | | auction $300.00 | 1129-000 | | | |
| | {8} | | auction $1,900.00 | 1129-000 | | | |
| 05/02/19 | 501 | Robert H. Ewald | auction fees and expenses per doc # 17 filed 4/17/19 | | | 390.98 | 2,309.02 |
| | | Robert H. Ewald | fees $270.00 | 3610-000 | | | |
| | | Robert H. Ewald | expenses $120.98 | 3620-000 | | | |
| 09/05/19 | 502 | Lori Patton | Combined trustee compensation & expense dividend payments. | | | 789.00 | 1,520.02 |
| | | Lori Patton | Claims Distribution - Wed, 06-19-2019 $675.00 | 2100-000 | | | |
| | | Lori Patton | Claims Distribution - Wed, 06-19-2019 $114.00 | 2200-000 | | | |
| 09/05/19 | 503 | Internal Revenue Service | 19-00803MICHELLE YVONNE GOLDSTEIN AND YOANI LEONDistribution payment - Dividend paid at 115.12% of $1,320.41; Claim # 4P-2; Filed: $1,297.41 | 5800-000 | | 1,520.02 | 0.00 |
| | | | **COLUMN TOTALS** | | 2,700.00 | 2,700.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 2,700.00 | 2,700.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,700.00** | **$2,700.00** | |

*{ } Asset Reference(s)*  **UST Form 101-7-TDR ( 10 /1/2010)**  *! - transaction has not been cleared*

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| | | | |
|---|---|---|---|
| **Case No.:** | 6:19-bk-00803-KSJ | **Trustee Name:** | Lori Patton (291020) |
| **Case Name:** | Goldstein, Michelle Yvonne<br>Leon, Yoani | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account #:** | ******3032 Checking |
| **Taxpayer ID #:** | **-***9653 | **Blanket Bond (per case limit):** | $21,701,000.00 |
| **For Period Ending:** | 10/14/2019 | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $2,700.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $2,700.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3032 Checking | $2,700.00 | $2,700.00 | $0.00 |
| | **$2,700.00** | **$2,700.00** | **$0.00** |

10/14/2019
Date

/s/Lori Patton
Lori Patton